FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANASTASIA ALLEN, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS CORPORATION, a California corporation,<br><br>Defendant. | No. 2:18-CV-0068-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 24, 2019, Plaintiff filed a Notice of Voluntary Dismissal, ECF No. 24. Consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

 **1.** Plaintiff's Notice of Voluntary Dismissal, **ECF No. 24**, is **ACKNOWLEDGED**.

 **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

 **3.** All pending motions are **DENIED AS MOOT**.

 **4.** All hearings and other deadlines are **STRICKEN**.

 **5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of January 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2